Christopher R. Kaup, State Bar No. 014820
J. Daryl Dorsey, State Bar No. 024237

**TB TIFFANY & BOSCO**
P.A.

Third Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com; jdd@tblaw.com
*Counsel for Tiffany & Bosco, P.A.*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| **In re:** | (In proceedings under Chapter 11) |
|---|---|
| **U.S. CORP., et. al.,** | Case No. 11-06731 |
| **Alleged Debtors.** | **MOTION TO EXTEND DATE TO RESPOND TO INVOLUNTARY PETITION** |

Tiffany & Bosco, P.A. (the "Firm"), by and through its undersigned counsel, respectfully moves the Court to extend the date by which it responds to the Involuntary Chapter 11 Petition and First Amended Involuntary Petition (the "Petition") filed by Marshall Home, pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Motion"). The Firm seeks an extension of approximately 20 days, or until April 27, 2011 to respond to the Petition on the grounds that there are numerous issues arising from it which must be addressed in a responsive pleading. The Firm is investigating the underlying claims and statements made in the Petition and desires to provide this Court with a thorough and detailed responsive pleading to the Petition.

The relief sought by this Motion is governed by Rule 9006, Fed. R. Bankr. P. That rule provides, in part:

> (1) In general
>
> Except as provided in paragraphs (2) and (3) of this subdivision, when an act is required or allowed to be done at or within a specified period by these rules or by a notice given thereunder or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order or (2) on motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect.

Fed. R. Bankr. P. 9006 (b). This Motion is timely as the time by which a response must be filed has not yet expired.[1] Accordingly, the Firm respectfully requests that the Court grant it an additional twenty (20) days from the date of the filing of this Motion to respond to the Petition. A proposed form of Order is lodged with the filing of this Motion.

**RESPECTFULLY SUBMITTED** this 7th day of April, 2011.

                **TIFFANY & BOSCO, P.A.**

By: */s/ J. Daryl Dorsey #024237*
    Christopher R. Kaup, Esq.
    J. Daryl Dorsey, Esq.
    Third Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016
    *Counsel for Tiffany & Bosco, P.A.*

---

[1] The Firm does not waive any and all responses available under the Bankruptcy Code, Bankruptcy Rules, and other applicable law, nor waive any of its rights and remedies under the same by the filing of this Motion.

| | |
|---|---|
| 1 | **FOREGOING** electronically filed with the Clerk of the United States Bankruptcy Court |
| 2 | this 7th day of April, 2011, and a copy mailed |
| 3 | to: |
| 4 | Marshall E. Home |
| 5 | 3051 W. Mexico St.<br>Tucson, Arizona 85746 |
| 6 | *Petitioner* |
| 7 | U.S. Trustee |
| 8 | Office of the U.S. Trustee<br>230 N. First Avenue, Suite 204 |
| 9 | Phoenix, AZ 85003 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | (In proceedings under Chapter 11) |
| **U.S. CORP., et. al.,** | Case No. 11-06731 |
| **Alleged Debtors.** | **ORDER GRANTING MOTION TO EXTEND DATE TO RESPOND TO INVOLUNTARY PETITION** |

THIS MATTER came before the Court on Tiffany & Bosco P.A.'s *Motion to Extend Date to Respond to the Involuntary Petition* filed by Marshall E. Home (the "Motion").

The Court having reviewed the Motion, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that the date by which Tiffany & Bosco P.A. must respond to the Involuntary Petition is extended until April 27, 2011, unless further ordered by the Court.

**DATED AND SIGNED ABOVE.**